## Commonwealth *v.* Groves, Appellant.

Argued November 13, 1969. *Thomas*

*P. Ruane, Jr.*, Public Defender, for appellant; *Conrad B. Capuzzi*, Assistant District Attorney, with him *Joseph E. Kovach*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.